# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GREGORY CHARLES BURKE

    VS                                                     CASE NO.  3:07cv271/RV/MD

JOHN MAGEE

## REFERRAL AND REPORT AND RECOMMENDATION

Referred to Magistrate Judge Davis on   July 26, 2007
Type of Motion/Pleading: MOTION TO WITHDRAW
Filed by: PLAINTIFF            on 7/24/07        Document   5
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on _____ Doc.# _____
                                        on _____ Doc.# _____
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/ Elizabeth Cooley*
                                        Deputy Clerk: Elizabeth Cooley

## REPORT AND RECOMMENDATION

The undersigned previously recommended that this action be dismissed for lack of jurisdiction (doc. 4).  Plaintiff has now moved to withdraw his complaint, stating that it was never served.  The motion to withdraw should be treated as a motion for voluntary dismissal pursuant to Rule 41(a)(1)(i), and should be granted.

Accordingly, it is respectfully RECOMMENDED that this action be dismissed.  August 6, 2007.

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

/s/ *Miles Davis*
MILES DAVIS
Entered On Docket: _____  By:  UNITED STATES MAGISTRATE JUDGE
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.