IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GREGORY CHARLES BURKE,**
    **Plaintiff,**

**vs.**                          **CASE NO.: 3:07cv271/RV/MD**

**JOHN MAGEE,**
    **Defendant.**

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 11, 2007, and August 6, 2007. The plaintiff has been furnished a copy of these report and recommendations and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and no objections having been filed, I have determined that the report and recommendation dated August 6, 2007, should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation dated August 6, 2007, is adopted and incorporated by reference in this order.

2. This cause is DISMISSED pursuant to Rule 41(a)(1)(i) and the clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of August, 2007.

                                                  */s/ Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**